UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STANFORD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>L. SANTILLAN, *et al.*,<br><br>　　　　Defendants. | Case No. 1:19-cv-01634-JDP<br><br>ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE, FAILURE TO STATE A CLAIM, AND FAILURE TO COMPLY WITH A COURT ORDER<br><br>FORTY-FIVE DAY DEADLINE |

   Plaintiff Michael Stanford is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. Plaintiff's complaint was screened on March 30, 2020, and plaintiff was ordered to file a first amended complaint within sixty days. *See* ECF No. 10. Plaintiff has not yet done so.

   To manage our docket effectively, we impose deadlines and require litigants to meet those deadlines. When a plaintiff fails to comply with court-imposed deadlines, the court may dismiss the plaintiff's case for failure to prosecute. *See* Fed. R. Civ. P. 41; *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) ("[T]he consensus among our sister circuits, with which we agree, is that courts may dismiss under Rule 41(b) sua sponte, at least under certain circumstances."). Involuntary dismissal is a harsh penalty, but the court has a duty to administer justice expeditiously and avoid needless burden for the parties. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

1

1   We will give plaintiff an opportunity to explain why the court should not dismiss his
2   case for failure to prosecute and failure to state a claim.  Plaintiff's failure to respond to this
3   order will constitute another failure to comply with a court order and will result in dismissal of
4   this case.  Accordingly, plaintiff must show cause within forty-five days of the date of entry of
5   this order why the court should not dismiss his case for failure to state a claim and failure to
6   prosecute.  Should plaintiff wish to continue with this lawsuit, plaintiff should also file a first
7   amended complaint.

IT IS SO ORDERED.

Dated:     June 16, 2020

UNITED STATES MAGISTRATE JUDGE

No. 205.