UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STANFORD,<br><br>    Plaintiff,<br><br>    v.,<br><br>L. SANTILLAN; S. HARRIS, R. MONTANO,<br><br>    Defendants. | No. 1:19-cv-01634-NONE-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br><br>(Doc No. 13) |

Plaintiff Michael Stanford is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 11, 2020, the then-assigned magistrate judge issued findings and recommendations, recommending that this action be dismissed due to plaintiff's failure to prosecute his action, failure to state a claim, and failure to comply with the court's orders. (Doc. No. 13 at 1-2.) The recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within thirty (30) days. (*Id.*) To date, plaintiff has not filed any objections and the time to do so has long since passed.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on August 11, 2020 (Doc. No. 13) are adopted in full;
2. The clerk of court shall terminate any motions/deadlines, enter judgment accordingly, and close this case.

IT IS SO ORDERED.

Dated: **May 18, 2021**

_____
UNITED STATES DISTRICT JUDGE